834 A.2d 1139

Kim SMITH, Appellant

v.

PA. BOARD OF PROBATION AND PAROLE, State Correctional Institution Coal Township, State Correctional Institution Smithfield, Department of Corrections, Appellees.

Supreme Court of Pennsylvania.

Oct. 31, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 31st day of October, 2003, the order of the Commonwealth Court is hereby affirmed.